**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clinton J. Slone,<br><br>          Plaintiff,<br><br>vs.<br><br>Arizona Department of Corrections, et al.,<br><br>          Defendants. | No.  CIV 04-2548-PHX-MHM (DKD)<br><br>**ORDER** |

It appearing to the Court that Plaintiff's Motion for Partial Summary Judgment (Doc. #19), filed November 21, 2005; Defendants' Motion for Partial Dismissal (Doc. #39), filed February 22, 2006; and Plaintiff's Motion for Sanctions Against Defendants (Doc. #54), filed March 31, 2006, are now ready for the Court's consideration,

**IT IS THEREFORE ORDERED** withdrawing the reference to the current Magistrate Judge as to the Motion for Partial Summary Judgment (Doc. #19), Motion for Partial Dismissal (Doc. #39), and Motion for Sanctions Against Defendants (Doc. #54). All other matters shall remain before the Magistrate Judge for disposition as appropriate.

DATED this 12th day of May, 2006.

_____
Mary H. Murguia
United States District Judge